PROSKAUER ROSE LLP
John P. Barry
Alychia L. Buchan
One Newark Center
Newark, New Jersey 07102-5211
Telephone: 973.274.3200
Fax: 973.274.3299
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------X
BYRON HUART and KEVIN HUART,

              *Plaintiffs*,

   v.

THE GREAT ATLANTIC & PACIFIC TEA
COMPANY, INC., A&P, TONY ALIBRONDO,
JOHN BINCELLETO, JOHN DOES 1-15
(fictitious entities), and XYZ CORPORATIONS
1-5 (fictitious entities),

              *Defendants*.
---------------------------------X

CIVIL ACTION NO.: 10-5437 (FSH)(PS)

**CERTIFICATION OF SERVICE**

     I hereby certify that, on November 11, 2010, I caused to be served the foregoing Notice of Motion to Dismiss Pursuant to Rule 12(b)(6) and documents in support thereof by CM/ECF and regular mail upon the following:

         Robert G. Devine, Esq.
         Katrina D. Gibson, Esq.
         White and Williams LLP
         Liberty View
         457 Haddonfield Rd., Suite 400
         Cherry Hill, New Jersey 08002-2220
         *Attorney for Plaintiffs*

              /s/ *John P. Barry*
              John P. Barry