## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BYRON HUART and KEVIN HUART, | : | CIVIL ACTION |
| Plaintiffs, | : | 10-5437 (FSH)(PS) |
| v. | : | JURY TRIAL DEMANDED |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., A&P, TONY ALIBRANDO, JOHN BINCOLETTO, JOHN DOES 1-15 (fictitious entities), and XYZ CORPORATIONS 1-5 (fictitious entities), | : | |
| Defendants. | | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, I caused to be served plaintiffs' Opposition to defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) and documents in support thereof by CM/ECF upon Alychia Lynn Buchan, Esquire and John P. Barry, Esquire, counsel for defendants.

/s Robert G. Devine

Robert G. Devine, Esquire
(deviner@whiteandwilliams.com)
WHITE AND WILLIAMS LLP
457 Haddonfield Rd., Ste 400
Cherry Hill, New Jersey 08002
Phone:  856-317-3668
Fax:  856-317-3618

6959744v.1