

Proskauer Rose LLP   One Newark Center   Newark, NJ 07102-5211

A New York Limited Liability Partnership
Lawrence R. Sandak, Managing Resident Partner

Alychia Lynn Buchan
Attorney at Law
d 973.274.3236
f 973.274.3299
abuchan@proskauer.com
www.proskauer.com

November 23, 2010

*Via CM/ECF*

Honorable Faith S. Hochberg
District Court of New Jersey
Martin Luther King, Jr.
Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *Byron Huart and Kevin Huart v. The Great Atlantic & Pacific Tea Company, et al.*
Civil Action No.: 10-54379(FSH)(PS)

Dear Judge Hochberg:

The firm represents defendant The Great Atlantic & Pacific Tea Company and individual defendants John Bincoletto and Anthony Alibrando (collectively, "Defendants") in the above-referenced matter.

We write to respectfully request that the time within which Defendants are to file their reply brief in further support of their motion for partial dismissal of the Complaint be extended from November 29, 2010 to Wednesday, December 1, 2010. This request is needed due to the loss of two business day during the intervening Thanksgiving holiday. Plaintiff's counsel has consented to this request and Defendants have not previously asked for an extension of time on this motion.

Thank you for Your Honor's consideration.

Respectfully submitted,

s/ Alychia Lynn Buchan

Alychia Lynn Buchan

cc: Victor Zarilli, Esq. (cm/ecf)

SO ORDERED.

*(signature)*
Hon. Faith S. Hochberg, USDJ
11/24/10

8619/31481-030 Current/21254449v1

Boca Raton | Boston | Chicago | Hong Kong | London | Los Angeles | New Orleans | New York | Newark | Paris | São Paulo | Washington, D.C.