PROSKAUER ROSE LLP
John P. Barry
Alychia L. Buchan
One Newark Center
Newark, New Jersey 07102-5211
Telephone: 973.274.3200
Fax: 973.274.3299
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

---------------------------------X

BYRON HUART and KEVIN HUART,

        *Plaintiffs*,

    v.

THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., A&P, TONY ALIBRONDO, JOHN BINCELLETO, JOHN DOES 1-15 (fictitious entities), and XYZ CORPORATIONS 1-5 (fictitious entities),

        *Defendants*.

---------------------------------X

CIVIL ACTION NO.: 10-5437 (FSH)(PS)

**CERTIFICATION OF SERVICE**

    I hereby certify that, on December 1, 2010, I caused to be served the foregoing Memorandum of Law in Response to Plaintiffs' Opposition To, and In Further Support of, Defendants' Partial Motion to Dismiss and documents in support thereof by CM/ECF and regular mail upon the following:

        Robert G. Devine, Esq.
        Victor Zarrilli, Esq.
        White and Williams LLP
        Liberty View
        457 Haddonfield Rd., Suite 400
        Cherry Hill, New Jersey 08002-2220
        *Attorney for Plaintiffs*

                          /s/ *John P. Barry*
                          John P. Barry