UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| BYRON HUART, et al. | : | Civil No. 10-5437(FSH) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THE GREAT ATLANTIC & PACIFIC, et al. | : | ORDER OF REFERENCE |
| | : | TO MEDIATION |

The Court having adopted Local R.Civ.P. 301.1, which provides for mediation of civil actions; and it appearing that mediation of this civil action would conserve the resources of the Court and the parties and would be in the best interests thereof; and for good cause shown;

It is on this 8th day of December, 2010

ORDERED THAT:

1. This civil action be, and it hereby is, referred to mediation pursuant to Local Civil Rule 301.1.  Pamela Nadel, Esq., shall serve as the mediator.  Said mediation shall commence no sooner than **April 15, 2011** and shall be completed no later than **May 31, 2011**;

2. The proceedings in this civil action are not stayed; and

3. If the case is not resolved during mediation, then there shall be a settlement conference with the Undersigned on **June 29, 2011.**  Trial counsel and clients with full settlement authority are required to attend.

s/Patty Shwartz
United States Magistrate Judge

cc: Hon. Madeline Cox Arleo
    Carol Coleman
    Pamela Nadel, Esq.