<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BYRON HUART and KEVIN HUART, | : Hon. Faith S. Hochberg |
| Plaintiffs, | : Civil No. 10-5437 (FSH) (PS) |
| v. | : **<u>ORDER</u>** |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | : Date: December 30, 2010 |
| Defendants. | |

**<u>HOCHBERG, District Judge:</u>**

The Court having ordered on December 14, 2010 that this action would be stayed as to defendant The Great Atlantic & Pacific Tea Company, Inc. unless a party filed a letter brief by December 29, 2010, setting forth a legal basis not to stay the action; and

no response to the Court's Order having been filed;

IT IS on this 30th day of December, 2010, **ORDERED** that the above-captioned action is **STAYED** with respect to defendant The Great Atlantic & Pacific Tea Company, Inc., pursuant to the automatic stay provision of 11 U.S.C. § 362.    .

/s/ Faith S. Hochberg
**Hon. Faith S. Hochberg, U.S.D.J.**