<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BYRON HUART and KEVIN HUART, | : Hon. Faith S. Hochberg |
| Plaintiffs, | : Civil No. 10-5437 (FSH) (PS) |
| v. | : **ORDER** |
| THE GREAT ATLANTIC & PACIFIC TEA COMPANY, INC., *et al.*, | : Date: January 3, 2011 |
| Defendants. | : |

<u>**HOCHBERG, District Judge:**</u>

The Court having stayed the above-captioned action on December 30, 2010 with respect to defendant The Great Atlantic & Pacific Tea Company, Inc., pursuant to the automatic stay provision of 11 U.S.C. § 362,

IT IS on this 3rd day of January, 2011, **ORDERED** that defendants' pending motion to dismiss [docket # 6], which raises defenses asserted by defendant The Great Atlantic & Pacific Tea Company, Inc., is **ADMINISTRATIVELY TERMINATED** as a result of the stay entered by the Court; and it is further

**ORDERED** that on or before **January 10, 2011**, the remaining parties shall each serve and file a response indicating whether the entire case should be stayed to await the outcome of the pending bankruptcy proceedings; and it is further

**ORDERED** that if the entire case should not be stayed, the individual defendants shall indicate whether they intend to re-file a motion to dismiss the claims against them individually.

                                              /s/ Faith S. Hochberg
                                              **Hon. Faith S. Hochberg, U.S.D.J.**